THE R. H. WOLF & Co. (Limited), Respondent, *v.* EDWARD RITT et al., Appellants.

APPEAL by the defendants from a judgment rendered in favor of the plaintiff in the Municipal Court, ninth district, borough of Manhattan.

Isidor Cohn, for appellants.

Francis D. Haines, for respondent.

*Per Curiam.* The record in this case is silent as to the residence of the defendants at the time the action was begun, and the judgment herein is assailed upon that ground by the appellants. The judgment must, therefore, be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151.

Present: FREEDMAN, P. J.; MACLEAN and LEVENTRITT, JJ.

Judgment reversed and new trial ordered, with costs to appellants to abide event.